UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11-CV-1606 (CEJ) |
| ) | |
| JEFFREY YOUNG, individually, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for an extension of time to complete discovery. Defendant opposes this motion, and the issues are fully briefed.

On June 18, 2013, the Court appointed new counsel to represent plaintiff and allowed new counsel to file an amended complaint. Thereafter, the Court allowed the parties two months to conduct additional discovery.

Plaintiff now seeks additional time to complete discovery, and requests that discovery remain open until December 29, 2013. This request is based in part on difficulty new counsel encountered locating and contacting plaintiff, who was recently released from prison. After considering the defendant's objections and the circumstances of this case, the Court finds the requested extension reasonable and appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time to complete discovery [Doc. # 68] is **granted**.

**IT IS FURTHER ORDERED** that the following amended schedule shall apply:

i. Discovery shall remain open and shall be completed no later **December 29, 2013**.

      ii.      Any motion to dismiss, motion for summary judgment or motion for judgment on the pleadings shall be filed no later than **January 31, 2014**.  The response in opposition to such a motion shall be due twenty-eight days later, or no later than **February 28, 2014**; the reply in support of the motion shall be due fourteen days after the response, or no later than **March 14, 2014**.

**IT IS FURTHER ORDERED** that defendant's motion for leave to amend his response in opposition to plaintiff's motion for extension of time [Doc. # 71] is granted.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 11th day of October, 2013.